M. P. No. 73-97. JULIUS NESTER *v.* FRANK PAYNE d/b/a Payne's Pier. Petition for writ of certiorari denied. Order entered on April 6, 1973 granting a stay of the Superior Court order of March 5, 1973 is vacated. *Abedon, Michaelson, Stanzler & Biener, Richard A. Skolnik,* for plaintiff-respondent. *Charles J. McGovern,* for defendant-petitioner.

M. P. No. 1976. JOSEPH E. GONSALVES *v.* FRANCIS A. HOWARD, *Warden.* Petitioner's motion for release on bail pending appeal as prayed is denied. *William F. Reilly,* Public Defender, *Joseph M. Hall,* Asst. Public Defender, for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

Ex. No. 1739. STATE *v.* SIDNEY A. CLARK. State's motion to dismiss defendant's appeal denied. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Alton W. Wiley,* Asst. Public Defender, for defendant.

APPEAL NOS. 73-50 and 73-61. JOHN J. NORTON *v.* NICOLA PAOLINO. JAMES O'MALLEY *v.* CHARLES F. JACKSON. Appellants' motion to consolidate appeals in *Norton* v. *Paolino* No. 73-50-A. and *O'Malley* v. *Jackson* No. 73-61-A. granted as prayed. *J. Joseph Nugent,* for appellants John J. Norton and James O'Malley. *John G. Carroll,* for appellee Nicola Paolino; *Roberts & Willey, Inc., David W. Carroll,* for appellee Charles F. Jackson.